CATHERINE K. HUTCHESON, as Administratrix of the Estate of ALEXANDER HUTCHESON, Deceased, Appellant, v. LONG ISLAND LIGHTING COMPANY et al., Respondents.— In a negligence action to recover damages for alleged conscious pain and suffering and wrongful death, judgment in favor of defendants entered upon the verdict of a jury unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

In the Matter of the Custody of MARY M. FORBELL, an Infant. ROBERT C. FORBELL, Respondent; MONICA R. FORBELL, Appellant.— In a proceeding to obtain custody of a child, order, entered after hearing, dismissing on the merits, without prejudice, appellant's application for custody, and dismissing without prejudice respondent's petition for custody on the grounds (1) that respondent now has legal custody of the child, and (2) that the welfare of the child is served by present custody, affirmed, without costs. No opinion. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur. [198 Misc. 753.]

■

In the Matter of SIMONE N. GAZAN, Respondent, against JOSEPH S. CORBETT et al., Constituting the Zoning Board of Appeals of the Town of Brookhaven, Suffolk County, Appellants, and OCEAN SHORE REALTY Co., INC., Respondent. — In a proceeding to review a determination of the zoning board of appeals of the town of Brookhaven, Suffolk County, granting permit for use of land situated in an industrial L zone as a community refuse dump and incinerator, it has been held that the permit is void in that the hearing, as a result of which the permit was granted, was conducted without notices of hearing having been mailed to residents within a reasonable radius, and that such residents were parties entitled to such form of notice under section 267 of the Town Law. Order reversed on the law, with $50 costs and disbursements, and the proceeding dismissed, without costs. It does not appear that petitioner was deprived of property without due process of law. (*Ottinger* v. *Arenal Realty Co.*, 257 N. Y. 371.) The subject matter of *Mullane* v. *Central Hanover Bank & Trust Co.* (339 U. S. 306) is readily distinguishable, and that decision is not controlling. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

■

In the Matter of the Application of PHILIP L. JONES et al., Respondents, to Remove ROSALIE G. JONES et al., as Executrices of and Trustees under the Will of MARY E. JONES, Deceased. ROSALIE G. JONES, Appellant; LOUISE E. JONES et al., Respondents.— Appeal from so much of a decree of the Surrogate's Court, Nassau County, that provides that appellant be removed as an executrix and trustee of the estate of Mary E. Jones, deceased, and directs that letters testamentary and letters of trusteeship heretofore issued to her be revoked. Decree, insofar as appealed from, unanimously affirmed, with costs to respondents appearing and filing briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.